IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE DANIEL SCOTT RIDLEY,<br><br>Defendant. | Case No. 3:19-CR-00134<br><br>**ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY** |

A plea agreement was filed in this case at Docket 26. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Deborah M. Smith by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Mr. Ridley entered a guilty plea to Count 1 of the Indictment, which is a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Judge Smith issued a Final Report and Recommendation at Docket 31, in which she recommended that the District Court accept Defendant's plea of guilty to Count 1 of the Indictment. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 1 of the Indictment – Felon in Possession of a Firearm, and Defendant is adjudged GUILTY of Count 1.

IT IS SO ORDERED this 12th day of November, 2020, at Anchorage, Alaska.

*/s/ Joshua M. Kindred*  
JOSHUA M. KINDRED  
United States District Judge

*United States v. Ridley*     Case No. 3:19-cr-00134-JMK
Order re Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty     Page 2
Case 3:19-cr-00134-JMK-DMS   Document 32   Filed 11/12/20   Page 2 of 2